■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR TURELL, Also Known as HECTOR TURNELL, Appellant. [670 NYS2d 96] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered August 24, 1995, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's seizure was based upon probable cause even though no drugs were actually seen, where the experienced officer observed defendant during two different transactions in a drug-prone area. In each instance, defendant was approached by an individual, and after a brief conversation, money was exchanged for something taken out of defendant's pocket and handed to the individual who then walked away (*see, People v Schlaich,* 218 AD2d 398, *lv denied* 88 NY2d 994). At the very least, the officer's observations provided reasonable suspicion that defendant was engaged in criminal activity and justified a forcible detention of defendant (*People v Cedeno,* 193 AD2d 540, *lv denied* 82 NY2d 715). Thus, defendant's subsequent flight and abandonment of the bag containing drugs were not the products of any unlawful police activity. Concur—Sullivan, J. P., Rosenberger, Nardelli, Rubin and Saxe, JJ.